UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

WHAT DO YOU MEME, LLC                          Civil Action No. 25-cv-7486
        Plaintiff,

v.

GUI HAIHUA
        Defendant.

------------------------------------------------

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, this action was commenced on September 9, 2025 by the filing of the Summons and Complaint.

WHEREAS, in the Complaint, Plaintiff What Do You Meme, LLC ("Plaintiff") seeks injunctive relief and monetary damages against defendant Gui Haihua ("Defendant") for Copyright Infringement, 17 U.S.C. § 101, under the laws of the State of New York.

WHEREAS, Plaintiff sells a wide array of adult party games as well as family-friendly games, kids' games, outdoor games, plush toys, and more, including its KOLLIDE action skill game (the "WDYM Products").

WHEREAS, Plaintiff is the copyright owner of all elements of its KOLLIDE game, including the game components and the instructions, as well as certain marketing photographs for the KOLLIDE game, including those protected by US Registration Nos. VA 2-451-479 and VA 2-462-665, issued by the United States Copyright Office, with an Effective Date of Registration of May 22, 2025 and May 21, 2025, respectively (collectively, the "WDYM Copyrighted Works").

**WHEREAS**, in this lawsuit, Plaintiff alleges that Defendant has marketed and sold certain products which are substantially similar to the WDYM Products (the "Subject Products"), and that were marketed using photographs and instructions substantially similar to the WDYM Copyrighted Works (the "WDYM Claims").

**WHEREAS**, Defendant currently has no units of the Subject Products remaining in inventory.

**WHEREAS**, the Parties hereby stipulate and consent to the entry of this Consent Judgment and Permanent Injunction, and to each and every provision, ordered, and decreed herein.

**NOW THEREFORE**, upon consent of the parties hereto, it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over the Parties.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

3. Defendant shall not manufacture, import, market, advertise, promote, or sell the Subject Products, or any other toys or games that: (a) use any game components, instructions, or images that are substantially similar to those protected by the WDYM Copyrighted Works.

4. Defendant hereby waives any and all right to an appeal from this Consent Judgment and Permanent Injunction.

5. This Consent Judgment and Permanent Injunction shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors, assigns, and acquiring companies.

6. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction.

7. The Permanent Injunction shall remain in full force and effect unless and until modified by order of this Court.

8. This Consent Judgment conclusively resolves all claims in this lawsuit with prejudice. This Consent Judgment shall be entered without the taxation of costs, damages, or attorneys' fees.

9. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2025

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

BY THE COURT:

*Loretta A. Preska*

LORETTA A. PRESKA, U.S.D.J.

United States District Judge

**CONSENTED TO:**

For the Plaintiff,
**WHAT DO YOU MEME, LLC**

Sign: _____

Print: Jeffrey A. Lindenbaum

Title: *Attorney for What Do You Meme, LLC*

Date: September 25, 2025

For the Defendant,
**GUI HAIHUA**

Sign: Gui HaiHua / 桂海华

Print: Gui HaiHua

Date: 25th Sep 2025

3